1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ALEK JAMES BAUMGARTNER,

Defendant.

NO. CR18-5579 RAJ

**ORDER TERMINATING
DEFENDANT'S
PARTICIPATION IN DREAM
PROGRAM AND DISMISSING
CRIMINAL CHARGES BASED ON
SUCCESSFUL COMPLETION
OF DREAM PROGRAM**

17

18

19

20

21

22

23

24

25

26

27

28

On June 24, 2019, the Defendant entered a guilty plea to Count 1 of the Second
Superseding Indictment charging him with conspiracy to distribute a controlled
substance. Dkt. No. 658. The plea was entered pursuant to a plea agreement. Dkt. No.
657. Subsequent to entry of the guilty plea, the Defendant was accepted to participate in
the Drug Reentry Alternative Model (DREAM) program. Dkt. No. 812. The Defendant
executed a contract memorializing his acceptance and participation in the program. Dkt.
No. 813.

The DREAM Executive Review Team, including the undersigned United States
District Judge, have determined that the Defendant has successfully complied with the
program requirements set forth in the DREAM contract. Having made this determination,
the Court hereby orders that:

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*BAUMGARTNER/*CR18-5579RAJ - 1

1.  Defendant's participation in the DREAM program is terminated;

2.  On Defendant's request, his previously entered guilty plea is withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court finding a fair and just reason having been demonstrated by Defendant's successful completion of the DREAM program; and

3.  On motion of the government under Federal Rule of Criminal Procedure 48(a), the criminal charges filed against the Defendant in the above-captioned case are dismissed with prejudice with good cause having been shown by Defendant's successful completion of the DREAM program.

DATED this 13th day of November 2020.

_____

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*BAUMGARTNER/*CR18-5579RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970